UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x   Civil Action No.: 3:21-cv-656
AVA MCDONOUGH,                                                              (LEK/ML)

                        Plaintiff,

           -against-                                **STIPULATION OF DISMISSAL**

MAGGIE CHA, EDWARD MERRICK and
JOHN STEVENS,

                      Defendants.
-----------------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action and cross-claims, be and the same hereby is discontinued with prejudice against defendants, MAGGIE CHA, EDWARD MERRICK and JOHN STEVENS, without interest, costs or disbursements to either party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

     This stipulation may be executed in counterparts.

Dated: New York, New York
        June 14, 2022

SMILEY & SMILEY, LLP                               GOLDBERG SEGALLA


By:_____                        By:_____
   ANDREW J. SMILEY                                 JONATHAN M. BERNSTEIN
Attorneys for Plaintiff, AVA McDONOUGH             Attorneys for Defendant, MAGGIE CHA
122 East 42nd Street, Suite 3900                   8 Southwoods Boulevard, Suite 300
New York, New York 10168                           Albany, New York 12211-2364
(212) 986-2022                                     (518) 935-4040

SCHLATHER STUMBAR PARKS & SALK, LLP

By: /s/ Jacob B. McNamara
JACOB B. McNAMARA
Attorneys for Defendant, EDWARD MERRICK
200 East Buffalo Street
P.O. Box 353
Ithaca, New York 14851-0353
(607) 273-2202

BARCLAY DAMON LLP

By:_____
WILLIAM C. FOSTER
Attorneys for Defendant, JOHN STEVENS
80 State Street
Albany, New York 12207
(518) 429-4281

| | |
|---|---|
| SCHLATHER STUMBAR PARKS & SALK, LLP | BARCLAY DAMON LLP |
| By:_____<br>JACOB B. McNAMARA<br>Attorneys for Defendant, EDWARD MERRICK<br>200 East Buffalo Street<br>P.O. Box 353<br>Ithaca, New York 14851-0353<br>(607) 273-2202 | By:_____<br>WILLIAM C. FOSTER<br>Attorneys for Defendant, JOHN STEVENS<br>80 State Street<br>Albany, New York 12207<br>(518) 429-4281 |

IT IS SO ORDERED:

_____
Lawrence E. Kahn
Senior U.S. District Judge

Dated: June 22, 2022